[No. 54570-1-I. Division One. April 18, 2005.]

MICHAEL EXENDINE ET AL., *Appellants*, v. THE CITY OF SAMMAMISH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-24659-1, Bruce W. Hilyer, J., entered April 15, 2003. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington, A.C.J., and Kennedy, J. Now published at 127 Wn. App. 574.